Filed 4/30/14  Cal-Murphy v. Hines Interests Ltd. Partnership

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| CAL-MURPHY, LLC ET AL., <br><br> Plaintiffs and Appellants, <br><br> v. <br><br> HINES INTERESTS LIMITED PARTNERSHIP ET AL., <br><br> Defendants and Respondents. | A137959 <br><br><br> (San Francisco County Super. Ct. No. CGC-08-473750) |

Cal-Murphy, LLC, Najeeb Shihadeh, Mary Christina Shihadeh, and George D. Omran appeal from amended judgments entered against them in this dispute arising out of a commercial lease.

## I.  PROCEDURAL HISTORY AND DISCUSSION

Appellants' opening brief adopts by reference the arguments they made in their amended opening brief in consolidated appeal numbers A136198 and A136854 and in their opening brief in appeal number A137609.  Furthermore, the amended judgments from which the instant appeal arises have been superseded by "corrected and second amended" judgments, which are the subject of appeal number A139772.

1

Because the arguments raised in this proceeding will be addressed in other pending appeals, and because the amended judgments that are the subject of this appeal have been superseded by "corrected and second amended" judgments, we will dismiss this appeal as moot.

## II.  DISPOSITION

The appeal is dismissed.

 

 

<br>

_____
NEEDHAM, J.

We concur.

<br>

_____
SIMONS, Acting P.J.

<br>

_____
BRUINIERS, J.